## GENERAL COURT, MAY TERM, 1798.

### SMITH vs. GREENLEAF.

THIS was an *attachment* on *warrant* under the act of 1795, *c. 56.*

It appeared that the warrant to the clerk of the general court to issue the attachment was by a justice of the peace.

THE COURT said, that a justice of the peace had no authority, under the act of assembly, to issue his warrant to the clerk of the general court—He could only issue a warrant to the clerk of the county court.

ATTACHMENT *quashed.*

*Mason* and *Cranch*, for the plaintiff.

*Martin*, (Attorney-General,) and *Key*, for the defendant.